UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MICHAEL FLEMING,

                Plaintiff,

-against-

EILEEN CASEY and ISABELLA GERIATRIC
CENTER,

                Defendants.
----------------------------------------------------------------X

JUDGMENT
04-CV- 0778 (ARR)

      An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on January 10, 2006, granting defendant's motion for summary judgment; and dismissing all claims against defendants Isabella Geriatric Center and Eileen Casey; it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that defendants' motion for summary judgment is granted; and that all claims against defendants Isabella Geriatric Center and Eileen Casey are dismissed.


Dated: Brooklyn, New York
       January 10, 2006

                                                                ROBERT C. HEINEMANN
                                                                Clerk of Court